## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Huzhou Chuangtai Rongyuan Inv. Mgm't P'ship et al. v. Qin     Docket No.: 23-747

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Xintong Zhang

Firm: Seiden Law LLP

Address: 322 8th Avenue, Suite 1704, New York, NY 10001

Telephone: (646)-603-1262     Fax: Not Applicable

E-mail: xzhang@seidenlaw.com

Appearance for: Hui Qin / Respondent-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Amiad Kushner / Seiden Law LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 15, 2023     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Xintong Zhang

Type or Print Name: Xintong Zhang