# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Huzhou Chuangtai Rongyuan Inv. Mgm't P'ship et al. v. Qin    Docket No.: 23-747

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew C. Smith

Firm: Pillsbury Winthrop Shaw Pittman LLP

Address: 31 West 52nd Street, New York, NY 10019-6131

Telephone: (212) 858-1743    Fax: (212) 858-1500

E-mail: andrew.smith@pillsburylaw.com

Appearance for: Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, Huzhou Huirongsheng Equity Investment Partnership / Petitioner - Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Geoffrey Sant, Pillsbury Winthrop Shaw Pittman LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Andrew C. Smith

Type or Print Name: Andrew C. Smith