```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------x
Huzhou Chuangtai Rongyuan Investment            :
Management Partnership, Huzhou Huihengying      :
Equity Investment Partnership, and Huzhou       :
Huirongsheng Equity Investment Partnership,     :
                                                :   No. 23-747
                Petitioners-Appellees,          :
                                                :
        -v.-                                    :
                                                :
Hui Qin,                                        :
                                                :
                Respondent-Appellant.           :
                                                :
------------------------------------------------------------------x
```

**RESPONDENT-APPELLANT'S NOTIFICATION PURSUANT TO LOCAL RULE 31.2**

      Pursuant to Rule 31.2 of Local Rules and Internal Operating Procedures of the Court of Appeals for the Second Circuit, we write to respectfully request that the Court order the opening brief of Respondent-Appellant Hui Qin to be submitted on or before July 21, 2023, which is less than 91 days after the "ready date" in this case, which was May 11, 2023.

Dated: May 23, 2023

                                                  Respectfully submitted,

                                                  SEIDEN LAW LLP

                                                  By:   /s/ Amiad Kushner
                                                         Amiad Kushner
                                                         Xintong Zhang
                                                         322 Eighth Ave, Suite 1200
                                                         New York, NY 10001
                                                          646-766-1914
                                                          akushner@seidenlaw.com
                                                          xzhang@seidenlawg.com

                                                 *Counsel for Respondent Hui Qin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                                 /s/ Amiad Kushner
                                                                   Amiad Kushner