UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand and twenty-three,

_____

| | |
|---|---|
| Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, Huzhou Huirongsheng Equity Investment Partnership, | **ORDER** <br> Docket No: 23-747 |

      Petitioners - Appellees,

v.

Hui Qin,

      Respondent - Appellant.

_____

      Counsel for Appellant Hui Qin, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 21, 2023, as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before July 21, 2023. The appeal is dismissed effective July 21, 2023, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

